UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:       **Mario Carosi**                                              BK. NO. 14-11946
             **Leonita A. Carosi**                                         Chapter 13

### DEBTORS' OBJECTION TO CLAIM

Now come the Debtors, Mario Carosi and Leonita A. Carosi, by their attorney, John S. Simonian, and hereby object to Claim No. 19 as to payment of the pre-petition arrearage only, submitted by Nationstar Mortgage LLC, as servicer for Federal National Mortgage Association on the following grounds:

The clients' plan is modifying the mortgage in a manner that no pre-petition arrearage needs to be paid. The Debtors do not object to the full balance of the mortgage portion of the claim, only the pre-petition arrearage.

WHEREFORE, the Debtors' respectfully request this Honorable Court to disallow Claim No. 19 only to the extent requested, submitted by Nationstar Mortgage LLC, servicer for Federal National Mortgage Association for the reasons stated *supra*.

                                                                        Respectfully submitted,
                                                                        Mario Carosi
                                                                        Leonita A. Carosi
                                                                        by their attorney


                                                                        /s/ John S. Simonian
                                                                        John S. Simonian, Esq., #4694
                                                                        PO Box 3663
                                                                        Cranston, RI  02910
                                                                        401/941-4800
                                                                        401/785-8313 (fax)
                                                                        jslaw@cox.net


Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006 if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk's Office, 380 Westminster Mall, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you timely file such a response, you will be given thirty (30) days' notice of the hearing date for this objection.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:  **Mario Carosi** | BK. NO. 14-11946 |
| **Leonita A. Carosi** | Chapter 13 |

CERTIFICATE OF SERVICE

    The undersigned (Attorney for the Debtor) hereby certifies that on the seventh day of January, 2015, a copy of the within Objection to Claim was served to the following:

John Boyajian, Esq.
Chapter 13 Trustee
*Via Electronic Notice of Filing*

Nationstar Mortgage LLC
Attn: Bankrupty Department
PO Box 630267
Irving, TX 75063
*Via U.S. Mail, first class postage prepaid*

                                                                                      /s/ John S. Simonian
                                                                                      John S. Simonian