**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

| | |
|---|---|
| In Re: Mario D. Carosi and Leonita A. Carosi | BK No. 1:14−bk−11946 |
| Debtor(s) | Chapter 13 |

---

### ORDER SUSTAINING MOTION/APPLICATION (doc# 53 ) BY RULE OF COURT

*Re: Objection to Claim, Claim #19, Claimant: Nationstar Mortgage LLC*
*filed by Debtors*

The pleading was duly filed, served and noticed pursuant to local rules. No timely resistance/objection was filed.

THEREFORE, in accordance with R.I. LBR 9013−2(a),it is **ORDERED** that the Motion/Application (doc.# 53 ) is hereby SUSTAINED .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **1/28/15**

Entered on Docket: **1/28/15**
Document Number: **56 – 53**

101.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*
*Website: www.rib.uscourts.gov*