Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | MARIO D. CAROSI |
| Debtor 2 (Spouse, if filing) | LEONITA A. CAROSI |
| United States Bankruptcy Court for the: | District of Rhode Island |
| Case number | 14-11946 |

## Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association,

**Court claim no.** (if known): 19-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 3 8 6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 12 / 4 / 2019    *** PLEASE NOTE - THIS NOTICE AMENDS THE NOTICE FILED 12/4/19 TO REMOVE TAX DISBURSEMENTS THAT WERE RETUREND TO CREDITOR***

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 9/20/19 (39.00) 9/23/19 (39.00) | (3) | $ 78.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  **MARIO D. CAROSI**
First Name    Middle Name    Last Name

Case number (if known) **14-11946**

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michael E. Swain , Esq. #8190           Date  12/30/2019
Signature

Print:  Michael E. Swain , Esq. #8190           Title  Attorney
First Name    Middle Name    Last Name

Company  Demerle Hoeger LLP

Address  84    State Street, Suite 820
Number    Street
Boston                MA    02109
City                  State  ZIP Code

Contact phone  ( 617 ) 337 – 4444           Email  mswain@DHNewEngland.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| In re:<br><br>MARIO D. CAROSI and<br>LEONITA A. CAROSI,<br><br>Debtors. | Chapter 13<br>Case No. 14-11946-DF |
|---|---|

### CERTIFICATE OF SERVICE

I, Michael Swain, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have this 30TH day of December 2019 served on behalf of U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust as serviced by BSI Financial Services, an <u>Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically but entitled to service per the Federal Rules of Bankruptcy Procedure.

| Mario D. Carosi<br>Leonita A. Carosi<br>1384 Spring Lake Road<br>Harrisville, RI 02830 (M) | John S. Simonian<br>40 Montgomery St #2<br>Pawtucket, RI 02862 (ECF) |
|---|---|
| Gary L. Donahue<br>Office of the U.S. Trustee<br>U.S. Courthouse<br>One Exchange Terrace Suite 431<br>Providence, RI 02903 (ECF) | John Boyajian<br>400 Westminster St. Box 12<br>Providence, RI 02903 (ECF) |

/s/ *Michael E. Swain, Esq.*
Michael E. Swain, Esq.
